**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| AIR LIQUIDE INDUSTRIAL US LP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-2033 |
| | § | |
| FLINT HILLS RESOURSES, LP, | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL**

The plaintiff filed a motion to dismiss, (Docket Entry No. 6). The motion is granted.

This action is dismissed with prejudice.

SIGNED on August 30, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge